THE PEOPLE OF THE STATE OF NEW YORK ex rel. SAMUEL
L. GEISELMAN, Appellant, against WILLIAM HUNT,
as Warden of Attica Prison, Respondent.

Argued October 4, 1937; decided October 19, 1937.

*A. Stanley Copeland* for appellant.

*John J. Bennett, Jr., Attorney-General (James P. Cotter*
of counsel), for respondent.

Order affirmed; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS,
LOUGHRAN, FINCH and RIPPEY, JJ.